# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Case No. 1:10-cr-00383 OWW |
| DARREN ALDRIDGE | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (X) Ad Prosequendum                                             ( ) Ad Testificandum.
Name of Detainee:   Darren Aldridge
Detained at (custodian):  North Kern State Prison

Detainee is:   a.)     (x) charged in this district by:
                          (x) Indictment            ( ) Information            ( ) Complaint

                        Charging Detainee With: **18 U.S.C. § 922(g)(1); Prohibited Person in Possession of a Firearm**

  or     b.)     ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)    (X) return to the custody of detaining facility upon termination of proceedings
  or     b.)     ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California* on _____

Signature:   /s/ Elana S. Landau
Printed Name & Phone No.:  Elana S. Landau; (559) 497-4083
Attorney of Record for:   United States of America

## AMENDED WRIT OF HABEAS CORPUS
        (X) Ad Prosequendum                                             ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

**9/13/2010**                                               **/s/ Jennifer L. Thurston**
Date                                                       United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male x | Female ☐ |
| Booking or Fed. Reg. #: | CDC: F58852 | DOB: | |
| Facility Address: | 2727 West Cecil Avenue | Race: | |
| | Delano, CA | FBI #: | |
| Facility Phone: | (661) 721-2345 | | |
| Release Date: | Unkown | | |

---
**RETURN OF SERVICE**

Executed on _____ by _____     _____
                                                                                                                       (Signature)